**STATE of Missouri, Respondent,**

v.

**Michael ROBINSON, Appellant.**

**No. ED 78480.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 13, 2001.

Motion for Rehearing and/or Transfer to
Supreme Denied Dec. 26, 2001.

Application for Transfer Denied
Feb. 26, 2002.

Mary S. Choi, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., PAUL J. SIMON, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Michael Robinson ("Defendant") appeals from the judgment entered on a jury verdict finding him guilty of assault in the first degree and armed criminal action in violation of sections 565.050 and 571.015

RSMo 2000, respectively. Defendant was sentenced as a prior and persistent offender to concurrent terms of thirteen years in prison on each charge. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We have, however, furnished the parties with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).